FILED
2013 Apr-29 PM 04:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TRAMINE JACKSON, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 2:13-cv-112-TMP |
| MIDLAND FUNDING, LLC, | ) |
| Defendant. | ) |

**ORDER OF DISMISSAL**

The parties have advised the court that they have settled this case, although they have not yet filed a stipulation of dismissal. They have consented to the undersigned magistrate judge's jurisdiction under 28 U.S.C. § 636(c). Because the case has been settled and there no longer exists a live case or controversy, it is ORDERED and ADJUDGED that the case be and hereby is DISMISSED WITHOUT PREJUDICE to the right of either party to file a motion to vacate this Order and reinstate the action within thirty (30) days after this Order. In the event neither party files such a motion, the dismissal of this action shall become WITH PREJUDICE upon the expiration of thirty (30) days hereafter. Each party shall bear her or its own costs, expenses, and fees.

DATED the 29th day of April, 2013.

T. MICHAEL PUTNAM
U.S. MAGISTRATE JUDGE